U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 24, 2009            **United States Bankruptcy Judge**

---

```
Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
(214) 855-9200 / (214) 965-0757 (Fax)
```

```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                          DALLAS DIVISION
```

In Re:                                                        Case # 04-39059-BJH-13

    RONNIE WAYNE & WANETT JEANNISE DUFFEE
        Debtor(s)                                                02/23/2009

---

Order Discharging Standing Trustee, and Terminating Further Liability on Bond

---

An Order for Relief having been entered in the case of the individual(s) above named, a Plan having been confirmed by the Court, all payments under the Plan having been completed by the Debtor(s), and the Court not having approved any written waiver of discharge executed by Debtor(s) subsequent to the Order for Relief,
**IT IS ORDERED THAT**

Tom Powers, Standing Chapter 13 Trustee in the above styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting; that said Final Report shows that the Estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be Discharged and further liability on his Trustee's Bond with respect to this case be terminated; and

**IT IS FURTHER ORDERED**, that the Standing Chapter 13 Trustee in this case is DISCHARGED; that the Trustee and the Surety or Sureties on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled as to this case.

                                      ### End of Order ###